UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


In re: DAVENPORT,                                        Case No: 25-mc-51500
                                                         Hon. F. Kay Behm
            *Petitioner*                                 U.S. District Judge


_____/

## **JUDGMENT**

In accordance with the Order filed on this same day, the

miscellaneous Petition is **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED**.

Date: January 5, 2026              s/F. Kay Behm
                                   F. Kay Behm
                                   United States District Judge

1